## FOURTH DEPARTMENT, MAY, 1974

### (May 16, 1974)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENNETH CHRISTIAN, Appellant, v. WILLIAM M. LOMBARD, as Monroe County Sheriff, Respondent.— Motion granted and appeal dismissed as moot (see *People ex rel. Wilder* v. *Markley*, 26 N Y 2d 648). (Appeal from judgment of Monroe County Court

dismissing writ of habeas corpus.) Present — Marsh, P. J., Witmer, Mahoney, Goldman and Del Vecchio, JJ.